POLSON *v.* DOE on the Demise of SIMPSON.—In error.

THE judgment in this case must be reversed. The transcript of a judgment of a justice need not be recorded, under the statutes of 1838, before the issuing of a *scire facias,* where an execution had issued and been returned "no property found," before the taking of the transcript to the Circuit Court. *Bennett* v. *Jones, et al.,* 7 Blackf. 110.